UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CERENYA DRAKE-SNIJDER,

      Plaintiff,

v.                                  Case No. 1:15-CV-162
                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

      **IT IS SO ORDERED.**

Dated:  March 25, 2016            /s/ Ray Kent_____
                              RAY KENT
                              United States Magistrate Judge